**LeRoyal GRAHAM, Plaintiff— Appellant,**

v.

**Greenry A. NEAL, Powhatan County Sheriff; Helen F. Fahey, VA Parole Board (Chair); Gene Johnson, Director Department of Correction, Defendants—Appellees.**

No. 08–7977.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 30, 2009.

LeRoyal Graham, Appellant Pro Se.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeRoyal Graham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Graham v. Fahey,* No. 2:08–cv–00289–JBF–JEB (E.D.Va. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*